UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MORRIS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DAUGHTERS OF CHARITY HEALTH SYSTEM, et al.,<br><br>        Defendants. | Case No. 14-cv-04681-VC<br><br>**ORDER GRANTING IN PART MOTION FOR STAY**<br><br>Re: Dkt. No. 37 |

The motion to stay the case is granted in part. The case is stayed until at least June 16, 2015. A stay until this date is appropriate given the possibility that an agreement to sell the hospitals will moot the lawsuit. The plaintiffs have not adequately explained how a stay of this length (or, for that matter, a longer stay to allow the Ninth Circuit to issue a ruling in *Rollins v. Dignity Health*, which would likely resolve the question presented here) would prejudice them. And the plaintiffs' argument that there is an urgent need for resolution of the question whether the pension plan is a "church plan" within the meaning of ERISA is undermined by their failure to seek interim relief in the nearly five months since they filed this lawsuit.

A case management conference will take place on June 16, 2015. The parties should file a joint case management statement 7 days before the conference. If the case is not moot by that time, the Court will determine whether the stay should be extended until the Ninth Circuit issues its decision in *Rollins*.

**IT IS SO ORDERED.**

Dated: March 13, 2015

_____
Vince Chhabria
United States District Judge