UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MORRIS, et al.<br><br>             Plaintiffs,<br><br>      v.<br><br>DAUGHTERS OF CHARITY HEALTH SYSTEM, et al.,<br><br>             Defendants. | Case No. 14-cv-04681-VC   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: undetermined<br>Mediator: James Baker |

IT IS HEREBY ORDERED that the request to excuse plaintiffs Donna Gutierrez and Jacqueline Murray from participating in the mediation before James Baker is GRANTED.

**IT IS SO ORDERED**.

Dated: March 30, 2015

Maria-Elena James
United States Magistrate Judge