Jeffrey Lewis (SBN 66587)
Catha Worthman (SBN 230399)
Jacob Richards (SBN 273476)
LEWIS, FEINBERG, LEE & JACKSON, P.C.
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: jlewis@lewisfeinberg.com
cworthman@lewisfeinberg.com
jrichards@lewisfeinberg.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MORRIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAUGHTERS OF CHARITY HEALTH SYSTEM, et al.<br><br>Defendants. | Case No. 3:14-cv-04681-VC<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING STAY OF ACTION**<br>AS MODIFIED |

WHEREAS, the Court issued an order on March 13, 2015 staying this case until June 16, 2015;

WHEREAS, Defendant Daughters of Charity Health System is currently negotiating with potential buyers for the hospital system;

WHEREAS, an agreement providing for the sale of the hospital system may include provisions addressing the status of the Daughters of Charity Health System Retirement Plan under ERISA, including whether the plan qualifies for ERISA's Church Plan exception; and

WHEREAS, such provision(s) could provide some or all of the relief sought in this action, and facilitate potential resolution of this action;

//

 NOW THEREFORE, the Defendants and the Plaintiffs, by and through their respective counsel, hereby stipulate and agree to extend the stay in this case an additional 90 days until September 14, 2015. The parties further stipulate to continue the currently-set case management conference from June 16, 2015 to September ~~15~~ 22, 2015, ~~or another date thereafter that is convenient for the Court~~, with a joint case management statement due 7 days before the conference.

Dated: May 18, 2015

By *\/s/ Jeffrey Lewis*

Jeffrey Lewis (SBN 66587)
jlewis@lewisfeinberg.com
Catha Worthman (SBN 230399)
cworthman@lewisfeinberg.com
Jacob Richards (SBN 273476)
jrichards@lewisfeinberg.com
LEWIS, FEINBERG, LEE & JACKSON, P.C.

Attorneys for Plaintiffs

Dated: May 18, 2015

By */s/ Kevin Daly*

Richard L. Gallagher, Jr. (SBN 208714)
richard.gallagher@ropesgray.com
Kevin P. Daly (SBN 298542)
kevin.daly@ropesgray.com
ROPES & GRAY LLP
Howard Shapiro (*pro hac vice*)
HowShapiro@proskauer.com
Robert Rachal (*pro hac vice*)
rrachal@proskauer.com
Stacey C.S. Cerrone (*pro hac vice*)
scerrone@proskauer.com
PROSKAUER ROSE LLP
650 Poydras St., Suite 1800
New Orleans, LA 70139
Telephone: (504) 310-4088
Facsimile: (504) 310-2022

Attorneys for Defendants

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
AS MODIFIED
Judge Vince Chhabria

Dated: May 21, 2015

Stipulation And [Proposed] Order Extending Stay of Action
Case No. 3:14-cv-04681-VC PAGE 2