Richard L. Gallagher, Jr. (SBN 208714)
richard.gallagher@ropesgray.com
Kevin P. Daly (SBN 298542)
kevin.daly@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, California 94111-4006
Telephone:  (415) 315-6300
Facsimile:  (415) 315-6350

Howard Shapiro (admitted *pro hac vice*)
HowShapiro@proskauer.com
Robert Rachal (admitted *pro hac vice*)
rrachal@proskauer.com
Stacey C.S. Cerrone (admitted *pro hac vice*)
scerrone@proskauer.com
PROSKAUER ROSE LLP
650 Poydras St., Suite 1800
New Orleans, LA 70139
Telephone:  (504) 310-4088
Facsimile:  (504) 310-2022

Attorneys for Defendants

DAUGHTERS OF CHARITY HEALTH SYSTEM, DAUGHTERS OF CHARITY OF ST. VINCENT DE PAUL PROVINCE OF THE WEST, DAUGHTERS OF CHARITY MINISTRY SERVICES CORPORATION, ROBERT ISSAI, STEPHANIE BATTLES, AND MIKE STUART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MORRIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAUGHTERS OF CHARITY HEALTH SYSTEM, et al., <br><br> Defendants. | Case No. 3:14-cv-04681-VC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | WHEREAS, the Court issued an order on March 13, 2015 staying this case until June 16, 2015; |
| 3 | WHEREAS, the Court issued an order on May 21, 2015 extending the stay until September 14, 2015 and continuing the case management conference from June 16, 2015 to September 22, 2015; |
| 6 | WHEREAS, the current date of the case management conference, September 22, 2015, would interfere with a religious observance of counsel of record for the defendants; |
| 8 | WHEREAS, counsel for the plaintiffs and counsel for the defendants have conferred and agreed to a continuance of the case management conference to October 20, 2015 at 10:00 a.m.; |
| 10 | NOW, THEREFORE, the Plaintiffs and the Defendants, by and through their respective counsel, hereby stipulate as follows: |
| 12 | The case management conference currently scheduled for September 22, 2015 at 10:00 a.m. shall be continued to October 20, 2015 at 10:00 a.m. |
| 14 | A joint case management statement shall be due 7 days before the case management conference. |

| | |
|---|---|
| | Respectfully submitted, |
| September 4, 2015 | By /s/ Richard L. Gallagher, Jr. |
| | Richard L. Gallagher, Jr. (SBN 208714)<br>richard.gallagher@ropesgray.com<br>Kevin P. Daly (SBN 298542)<br>kevin.daly@ropesgray.com |
| | ROPES & GRAY LLP |
| | Howard Shapiro (admitted *pro hac vice*)<br>HowShapiro@proskauer.com<br>Robert Rachal (admitted *pro hac vice*)<br>rrachal@proskauer.com<br>Stacey C.S. Cerrone (admitted *pro hac vice*)<br>scerrone@proskauer.com |
| | PROSKAUER ROSE LLP |
| | Attorneys for Defendants<br>DAUGHTERS OF CHARITY HEALTH SYSTEM, DAUGHTERS OF CHARITY OF ST. VINCENT DE PAUL PROVINCE OF THE WEST, DAUGHTERS OF CHARITY MINISTRY SERVICES CORPORATION, ROBERT ISSAI, STEPHANIE BATTLES, AND MIKE STUART |

September 4, 2015              By  /s/ Jeffrey Lewis

                                Jeffrey Lewis (SBN 66587)
                                jlewis@lewisfeinberg.com
                                Catha Worthman (SBN 230399)
                                cworthman@lewisfeinberg.com
                                Jacob Richards (SBN 273476)
                                jrichards@lewisfeinberg.com
                                LEWIS, FEINBERG, LEE, RENAKER &
                                JACKSON, P.C.

                                Attorneys for Plaintiffs
                                LYNN MORRIS, CAROLINE PLAZA,
                                VERONICA TENCH, JACQUELINE
                                MURRAY, MAIDAFLOR MAYBIR,
                                JOCELYN MANACMUL, DONNA
                                GUTIERREZ, ELEANORE DE DIOS, AND
                                ELENITA SANTOS-FUNAI

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  September 8, 2015                     _____

                                                           Hon. Vince Chhabria

                                                           U.S. District Judge