| | |
|---|---|
| 1 | Catha Worthman (SBN 230399) |
| 2 | Feinberg, Jackson, Worthman & Wasow LLP<br>383 4th Street, Suite 201<br>Oakland, CA 94607 |
| 3 | Telephone: 510-269-7998<br>Facsimile: 510-269-7994 |
| 4 | Catha@FeinbergJackson.com |
| 5 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MORRIS, et al., | Case No. 3:14-cv-04681-VC |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | AND ORDER |
| DAUGHTERS OF CHARITY HEALTH SYSTEM, et al., | |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

On behalf of all Plaintiffs in this matter, this matter is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal will be without prejudice, with each side to bear its own costs and fees.

February 17, 2016

Respectfully submitted,

By */s/ Catha Worthman*
Catha Worthman (SBN 230399)
Feinberg, Jackson, Worthman & Wasow LLP

*Attorneys for Plaintiffs*
LYNN MORRIS, CAROLINE PLAZA, VERONICA TENCH, JACQUELINE MURRAY, MAIDAFLOR MAYBIR, JOCELYN MANACMUL, DONNA GUTIERREZ, ELEANORE DE DIOS, AND ELENITA SANTOS-FUNAI

**[PROPOSED] ORDER**

**PURSUANT TO PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL,** the above-captioned case is dismissed without prejudice.

Dated: February 22, 2016

Hon. Vince Chhabria
U.S. District Judge